# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Shaun Robert Vargas, ) | No. CV-07-0005-PHX-GMS (JM) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Mary Hennessey, et al., ) | |
| Respondents. ) | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Jacqueline Marshall's Report and Recommendation ("R&R"). Dkt. ## 1 and 21. The R&R recommends that the Court dismiss with prejudice. Dkt. # 21 at 6. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will

1 accept the R&R and dismiss with prejudice the Petition. *See* 28 U.S.C. § 636(b)(1) (stating
2 that the district court "may accept, reject, or modify, in whole or in part, the findings or
3 recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may
4 accept, reject, or modify the recommended disposition; receive further evidence; or return
5 the matter to the magistrate judge with instructions.").

6 **IT IS HEREBY ORDERED:**

7  1. Magistrate Judge Jacqueline Marshall's R&R (Dkt. # 21) is **ACCEPTED**.

8  2. Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is **DISMISSED**
9 **WITH PREJUDICE**.

10  3. The Clerk of Court shall **TERMINATE** this action.

11 DATED this 20th day of April, 2009.

_____
G. Murray Snow
United States District Judge